IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:01cr94-MHT |
| | ) | (WO) |
| CARLTON ALBERT "PEE WEE" | ) | |
| BAKER, JR. | ) | |

ORDER

Upon consideration of the probation officer's petition for early termination of supervised release (doc. no. 443) and the included memorandum describing the defendant's compliance with all terms of supervised release, stable employment and good job performance, stable residence with his wife and child, and service to the community and his family as a coach for his child in the Miracle League of Opelika, and based on the representation that the government supports the petition, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Carlton Albert "Pee Wee" Baker, Jr.'s term of supervised release is terminated effective

immediately, and he is discharged.

DONE, this the 25th day of September, 2017.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE